## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KIM MANARD-HENKELMAN and<br>SARAH McDANIEL, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. CIV-17-441-RAW |
| | ) | |
| THE PORT OF MUSKOGEE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### JUDGMENT

Pursuant to Rule 58 F.R.Cv.P. and the order entered contemporaneously, this action is hereby dismissed with prejudice.

**ORDERED THIS 2nd DAY OF OCTOBER, 2018.**

_____

**RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**